UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
         §
DERRICK L. GOLDEN § Case No. 14-50067
VANTHIDA GOLDEN §
         §
         §
             Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on             .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/CHRISTAL L. CAUDILL_____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-50067 | CKP | Judge: | C. Kathryn Preston | Trustee Name: | CHRISTAL L. CAUDILL |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | DERRICK L. GOLDEN | | | | Date Filed (f) or Converted (c): | 01/07/2014 (f) |
| | VANTHIDA GOLDEN | | | | 341(a) Meeting Date: | 02/13/2014 |
| For Period Ending: | 04/02/2015 | | | | Claims Bar Date: | 06/02/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence 6305 Chetti Dr. Columbus, Oh 43213 | 150,000.00 | 0.00 | OA | 22,918.28 | FA |
| 2. Cash | 20.00 | 20.00 | | 0.00 | FA |
| 3. Household Goods | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 4. Clothing | 100.00 | 100.00 | | 0.00 | FA |
| 5. Wages | 0.00 | 0.00 | | 0.00 | FA |
| 6. 2013 Tax Refund | 0.00 | 0.00 | | 0.00 | FA |
| 7. 2007 Ford Focus | 5,000.00 | 5,000.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $156,120.00 | $6,120.00 | | $22,918.28 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

03/01/14 Filed Notice of Assets
03/01/14 Letter to Mortgage company and counsel re defective mortgage
03/12/14 Filed Application to employ counsel
03/19/14 Order granting Application to Employ
05/10/14 Review of Recorder's website for other liens
06/17/14 Spoke to Nationstar re possible settlement
06/24/14 Email from Nationstar's attorney that settlement offer will be coming
07/21/14 Email from New attorney for Nationstar re settlement
08/26/14 Follow up Email to Nationstar's attorney
10/06/14 Review and Acceptance of Settlement Offer
10/13/14 Filed Motion to Compromise
12/15/14 Order returned by Judge requesting change in language
02/13/15 Order granting Motion to Compromise
03/17/15 Filed application for Compensation

Exhibit A

RE PROP #    1    --    Payment made as compromise to avoidance claim. Trustee to abandon the agreement
back to secured creditor.

Initial Projected Date of Final Report (TFR): 12/31/2014    Current Projected Date of Final Report (TFR): 04/30/2015

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 14-50067 | Trustee Name: CHRISTAL L. CAUDILL |
| Case Name: DERRICK L. GOLDEN | Bank Name: Union Bank |
| VANTHIDA GOLDEN | Account Number/CD#: XXXXXX6597 |
| | Checking |
| Taxpayer ID No: XX-XXX5372 | Blanket Bond (per case limit): $2,000,000.00 |
| For Period Ending: 04/02/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/05/14 | 1 | First American Title Ins. Company 9000 E Pima Center Parkway Scottsdale, AZ 85258 | Check | 1110-000 | $22,918.28 | | $22,918.28 |
| 01/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.37 | $22,891.91 |
| 02/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.06 | $22,857.85 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $22,918.28 | $60.43 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $22,918.28 | $60.43 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $22,918.28 | $60.43 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*              Page Subtotals:        $22,918.28        $60.43

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6597 - Checking | $22,918.28 | $60.43 | $22,857.85 |
| | $22,918.28 | $60.43 | $22,857.85 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $22,918.28 |
| Total Gross Receipts: | $22,918.28 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 2:14-50067-CKP  
Debtor Name: DERRICK L. GOLDEN  
Claims Bar Date: 6/2/2014  

Date: April 2, 2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | CHRISTAL L. CAUDILL<br>3757 Attucks Drive<br>Powell, Ohio  43065<br>, | Administrative | | $0.00 | $3,041.83 | $3,041.83 |
| 100 2200 | CHRISTAL L. CAUDILL<br>3757 Attucks Drive<br>Powell, Ohio  43065<br>, | Administrative | | $0.00 | $56.44 | $56.44 |
| 100 3120 | Christal L Caudill Esq.<br>3757 Attucks Drive<br>Powell, OH  43065 | Administrative | | $0.00 | $71.68 | $71.68 |
| 100 3120 | Christal L. Caudill, Esq.<br>Caudill Law Group<br>3757 Attucks Drive<br>Powell, Ohio  43065 | Administrative | | $0.00 | $892.25 | $892.25 |
| 1 300 7100 | Cavalry Spv I, Llc<br>500 Summit Lake Drive, Ste 400<br>Valhalla, Ny 10595 | Unsecured | | $0.00 | $658.27 | $658.27 |
| 2 300 7100 | Cavalry Spv I, Llc<br>500 Summit Lake Drive, Ste 400<br>Valhalla, Ny 10595 | Unsecured | | $0.00 | $1,183.41 | $1,183.41 |
| 3 300 7100 | Cavalry Spv I, Llc<br>500 Summit Lake Drive, Ste 400<br>Valhalla, Ny 10595 | Unsecured | | $0.00 | $666.31 | $666.31 |
| 4 300 7100 | American Infosource Lp As Agent For<br>Midland Funding Llc<br>Po Box 268941<br>Oklahoma City Ok 731268941 | Unsecured | | $0.00 | $344.33 | $344.33 |
| 5 300 7100 | Us Bank N. A.<br>Us Bank N.A.<br>Bankruptcy Department<br>P.O. Box 5229<br>Cincinnati, Oh 45201-5229 | Unsecured | | $0.00 | $607.23 | $607.23 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 2:14-50067-CKP  
Debtor Name: DERRICK L. GOLDEN  
Claims Bar Date: 6/2/2014  
Date: April 2, 2015

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 6 300 7100 | Us Bank N. A. Us Bank N.A. Bankruptcy Department P.O. Box 5229 Cincinnati, Oh 45201-5229 | Unsecured | | $0.00 | $525.00 | $525.00 |
| 7 300 7100 | Us Bank N. A. Us Bank N.A. Bankruptcy Department P.O. Box 5229 Cincinnati, Oh 45201-5229 | Unsecured | | $0.00 | $55.00 | $55.00 |
| 8 300 7100 | Jefferson Capital Systems LLC PO BOX 7999 SAINT CLOUD, MN 56302-9617 | Unsecured | | $0.00 | $952.37 | $952.37 |
| 9 300 7100 | Capital One Bank Usa Na Po Box 71083 Charlotte Nc 282721083 | Unsecured | | $0.00 | $987.42 | $987.42 |
| 10 300 7100 | Cavalry Spv I, Llc 500 Summit Lake Drive, Ste 400 Valhalla, Ny 10595 | Unsecured | | $0.00 | $433.50 | $433.50 |
| 11 300 7100 | Mount Carmel Health Corporate Service Center Customer Service, 2Nd Floor 6150 E. Broad St. Columbus, Oh 43213 | Unsecured | | $0.00 | $4,828.61 | $4,828.61 |
| 12 300 7100 | Waterford Park Homeowners Association, Inc. C/O Real Property Managment Inc. 5550 Blazer Parkway, Suite 175 Dublin, Ohio 43017 | Unsecured | Lien not filed. | $0.00 | $3,283.35 | $3,283.35 |
| 13 300 7100 | American Electric Power Attn: Bankruptcy 1 Aep Way Hurricane, Wv 25526 | Unsecured | | $0.00 | $216.01 | $216.01 |
| 14 300 7100 | Quantum3 Group Llc As Agent For Moma Funding Llc Po Box 788 Kirkland, Wa 98083-0788 | Unsecured | | $0.00 | $2,434.88 | $2,434.88 |

Page 2                                               Printed: April 2, 2015

**UST Form 101-7-TFR (5/1/2011)** *(Page: 8)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 2:14-50067-CKP  
Debtor Name: DERRICK L. GOLDEN  
Claims Bar Date: 6/2/2014  

Date: April 2, 2015

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 15 300 7100 | C/O Ascension Capital Gr Capital One Auto Finance<br>Capital One Auto Finance, C/O Ascension Capital Gr<br>P.O. Box 201347<br>Arlington, Tx 76006 | Unsecured | | $0.00 | $4,570.35 | $4,570.35 |
| 16 300 7100 | Ohio State University<br>The Law Office of Charles Mifsud<br>6305 Emerald Parkway<br>Dublin, OH 43016 | Unsecured | | $0.00 | $813.00 | $813.00 |
| 17 300 7100 | Ohio Department Of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, Oh 43216 | Unsecured | | $0.00 | $166.26 | $166.26 |
| 18 400 4110 | Nationstar Mortgage<br>Attn: Bankruptcy Department<br>350 Highland Drive<br>Lewisville, Tx 75067 | Secured | | $0.00 | $168,428.92 | $168,428.92 |
| | Case Totals | | | $0.00 | $195,216.42 | $195,216.42 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-50067
Case Name: DERRICK L. GOLDEN
                VANTHIDA GOLDEN
Trustee Name: CHRISTAL L. CAUDILL

Balance on hand        $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 18 | Nationstar Mortgage | $ | $ | $ | $ |

Total to be paid to secured creditors        $_____

Remaining Balance        $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: CHRISTAL L. CAUDILL | $ | $ | $ |
| Trustee Expenses: CHRISTAL L. CAUDILL | $ | $ | $ |
| Attorney for Trustee Expenses: Christal L Caudill Esq. | $ | $ | $ |
| Other: Christal L. Caudill, Esq. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance        $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $     must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cavalry Spv I, Llc | $ | $ | $ |
| 2 | Cavalry Spv I, Llc | $ | $ | $ |
| 3 | Cavalry Spv I, Llc | $ | $ | $ |
| 4 | American Infosource Lp As Agent For | $ | $ | $ |
| 5 | Us Bank N. A. | $ | $ | $ |
| 6 | Us Bank N. A. | $ | $ | $ |
| 7 | Us Bank N. A. | $ | $ | $ |
| 8 | Jefferson Capital Systems LLC | $ | $ | $ |
| 9 | Capital One Bank Usa Na | $ | $ | $ |
| 10 | Cavalry Spv I, Llc | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Mount Carmel Health | $ | $ | $ |
| 12 | Waterford Park Homeowners Association, Inc. | $ | $ | $ |
| 13 | American Electric Power | $ | $ | $ |
| 14 | Quantum3 Group Llc As Agent For | $ | $ | $ |
| 15 | C/O Ascension Capital Gr Capital One Auto Finance | $ | $ | $ |
| 16 | Ohio State University | $ | $ | $ |
| 17 | Ohio Department Of Taxation | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance                                                                    $_____



Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE



Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE